IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gray, Theresa E

Printed: 12/13/07

Case Number:  05 B 63348
Judge:  Hollis, Pamela S

Filed:  11/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2007
Confirmed: May 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,457.00 |  |
| Secured: |  | 8,480.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 900.20 |
| Trustee Fee: |  | 513.22 |
| Other Funds: |  | 562.59 |
| Totals: | 10,457.00 | 10,457.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 900.20 | 900.20 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 2,201.91 | 2,201.91 |
| 4. | American General Finance | Secured | 540.53 | 540.53 |
| 5. | Select Portfolio Servicing | Secured | 23,153.63 | 5,738.55 |
| 6. | Jefferson Capital | Unsecured | 564.68 | 0.00 |
|  |  |  | $ 27,360.95 | $ 9,381.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 77.57 |
| 5% | 70.89 |
| 4.8% | 134.62 |
| 5.4% | 230.14 |
|  | $ 513.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gray, Theresa E | Case Number:  05 B 63348 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/13/07 | Filed:  11/8/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

